Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRED HEIDARPOUR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SELECT SENIOR INSURANCE, LLC; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.<br><br>**4:20-cv-00133-KAW**<br><br>**NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE** |

NOW COMES THE PLAINTIFF by and through his attorneys to respectfully move this Honorable Court to dismiss this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to the Fed. R. Civ. P.

Respectfully submitted this 29th Day of June, 2020,

                              By: s/Todd M. Friedman, Esq.
                              TODD M. FRIEDMAN
                              Attorney for Plaintiff

Filed electronically on this 29th Day of June, 2020, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

The Honorable Judge of the United States District Court.

And all Counsel of Record on ECF.

This 29th Day of June, 2020.

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN